UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KALKREUTH ROOFING AND SHEET METAL, | : |
| Plaintiff, | : Case No.: 04:05cv2079 |
| v. | : ELECTRONICALLY FILED |
| LOCAL UNION NO. 30 OF THE UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS, | : |
| Defendant. | : |

### STIPULATION FOR EXTENSION OF TIME TO RESPOND

The parties hereby stipulate and agree that Local Union No. 30 of the United Union of Roofers, Waterproofers and Allied Workers, the Defendant in this matter, may have additional time in which to respond to Plaintiff Kalkreuth Roofing and Sheet Metal's Motion for Summary Judgment. Defendant's response will be due on January 17, 2006. Additionally, the Defendant will also file an answer on January 17, 2006, asserting a cross-claim for enforcement of the Joint Conference Board's Decision.

| | |
|---|---|
| s/ Robert F. Prorok | s/ Stephen J. Holroyd |
| William Bevan III | Stephen J. Holroyd |
| Robert F. Prorok | Richard B. Sigmond |
| Joseph P. Milcoff | Bridget E. Clarke |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Reed Smith LLP | Jennings Sigmond, P.C. |
| 435 Sixth Avenue | The Penn Mutual Towers |
| Pittsburgh, PA 15219 | 510 Walnut Street |
| | Philadelphia, PA 19106-3683 |
| Counsel for Kalkreuth Roofing and Sheet Metal | Counsel for Local Union No. 30 of the United Union of Roofers, Waterproofers, And Allied Workers |

Date: 1-3-06

APPROVED BY THE COURT:

_____
John E. Jones III
United States District Judge

2